IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| The Methodist Hospital d/b/a Houston Methodist Hospital,<br><br>    Plaintiff,<br><br>  v.<br><br>Claritev Corporation; MultiPlan, Inc.; Centene Corporation; The Cigna Group; Humana Inc.; Kaiser Foundation Health Plan, Inc.; UnitedHealth Group Inc.; Luminare Health Benefits Inc.; Allied Benefit Systems, LLC; Imagine360, LLC.; and Health Net of California, Inc.,<br><br>    Defendants. | Case No. 25-cv-09349<br><br>MDL No. 3121<br><br>Hon. Judge Matthew F. Kennelly |

## MOTION TO WITHDRAW APPEARANCES

  Pursuant to Local Rule 83.17, the undersigned, on behalf of Allied Benefit Systems, LLC, respectfully requests that the appearances of John M. McIntyre and Gregory J. Scandaglia be withdrawn in this matter.

  1.  Plaintiff The Methodist Hospital d/b/a Houston Methodist Hospital ("Plaintiff") filed a complaint in the above-captioned action Case No. 25-cv-09349 (the "Action") on August 6, 2025 (Dkt. No. 1) and an Amended Direct Action Plaintiff Short-Form Complaint on August 22, 2025 (Dkt. No. 29). In those pleadings, Plaintiff named, among others, Allied Benefit Systems, LLC ("Allied Benefit") as a defendant in this Action. On September 22, 2025, the appearances of John M. McIntyre and Gregory J. Scandaglia were filed in this Action on behalf of Allied Benefit. (Dkt. Nos. 51, 52.) On September 24, 2025, Plaintiff filed in this Action a Notice of Voluntary Dismissal under F.R.C.P. 41(a)(1)(A)(i), which (among other things) dismissed all

claims asserted in this Action against, among others, Allied Benefit. (Dkt. No. 53.) Therefore, Allied Benefit is no longer a party to this Action.

2. Because Allied Benefit is no longer a party to this Action, the undersigned counsel respectfully request that the Court grant leave for the appearances of John M. McIntyre and Gregory J. Scandaglia to be withdrawn.

3. A Notification of Party Contact Information Form is attached hereto.

4. This motion is not being made for the purpose of causing any undue delay in the administration of this matter, and the granting of this motion will neither cause any undue delay nor prejudice any party.

WHEREFORE, undersigned counsel request that the appearances of John M. McIntyre and Gregory J. Scandaglia be withdrawn from this matter.

Date: February 9, 2026

Respectfully submitted,

/s/ Gregory J. Scandaglia
**PORTER WRIGHT MORRIS & ARTHUR LLP**
Gregory J. Scandaglia
321 North Clark Street, Suite 400
Chicago, Illinois 60654
(312) 756-8499
gscandaglia@porterwright.com

John M. McIntyre
6 PPG Place, Third Floor
Pittsburgh, Pennsylvania 15222
(412) 235-1470
jmcintyre@porterwright.com

*Attorneys for Allied Benefit Systems, LLC*

.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on February 9, 2026, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW APPEARANCES** to be served upon all counsel of record by CM/ECF notification.

/s/ Gregory J. Scandaglia

27284849.1

# EXHIBIT A

06/12/15

# United States District Court
# Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**:

**Case Title**:

**Judge**:

**Name of Attorney submitting the motion to withdraw**:

**Name of Client**:

**Mailing address of Client**:

**City:**                                     **State:**

**Zip:**                                       **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** /s/ Gregory J. Scandaglia

**Date:** February 9, 2026